# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

FRANK ROUSH, OTHERWISE KNOWN
AS FRANKLIN D. ROUSH OR FRANKLIN
D. ROUSCH,

Respondent

v.

FRANKLIN DELANO ROUSH, JR., AN
INDIVIDUAL AND MARY ANN ROUSH,
AN INDIVIDUAL AND ROUSH FARMS,
INC., A CORPORATION,

Petitioners

: No. 520 WAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.